AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

MICHAEL FORREST
*Plaintiff*
v.
UNITED RENTALS (NORTH AMERICA), INC. et al
*Defendant*

Case No. 3:26-cv-01831

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Michael Forrest .

Date: 11/05/2026

/s/ Alexandr Rudenco (Pro Hac Vice)
*Attorney's signature*

Alexandr Rudenco
*Printed name and bar number*

MILBERG, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
*Address*

arudenco@milberg.com
*E-mail address*

(865) 263-8384
*Telephone number*

*FAX number*